## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Tiny Pieces, LLC, | § | Case No. 24-13515-AMC |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | |

## ORDER SCHEDULING A HEARING TO SHOW CAUSE

Upon the *Motion of the United States Trustee for Entry of an Order Scheduling a Hearing to Show Cause* (the "Motion")[1], and the Court having considered the Motion, all related filings, and the record as a whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      A hearing to show cause regarding why the Debtor has failed to comply with the Conversion Order and failed to attend the Creditors' Meeting shall be held **on _____, 2025 at _____ _.m. in Courtroom No. 4, United States**

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

**Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.  Counsel to the Debtor must attend.  In person attendance is required.**

3.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order, including any further motions, applications, or other filings by the U.S. Trustee seeking relief in furtherance of the relief granted by this Order.

Dated: _____          _____
                                  The Honorable Ashely M. Chan
                                  Chief Judge, United States Bankruptcy Court